UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>        Plaintiff,<br><br>  v.<br><br>Round Table Development Company, a California Corporation; San Fernando Plaza LLC, a California Limited Liability Company;<br>Judy L Lee; and Does 1-10,<br><br>        Defendants. | Case: 2:13-CV-01825-WBS-KJN<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

## ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated:  March 25, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE